IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:19-CV-148-H

CLIFTON K. JEFFRIES )
 )
    Plaintiff, )
 )
v. )
 )
 ) ORDER
STATE OF NORTH CAROLINA, )
Office of the Governor, and )
OFFICE OF COMMISSIONER OF )
DIVISION OF MOTOR VEHICLES, )
 )
    Defendants. )

This matter is before the court for frivolity review. Magistrate Judge Kimberly A. Swank filed an Order and Memorandum and Recommendation ("M&R") on February 4, 2020, ordering that plaintiff's motion to proceed in forma pauperis be granted and recommending that plaintiff's removal petition [DE #4-1] and motion for injunction [DE #4] be DENIED and plaintiff's claims against defendants be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). No objections have been filed, and this matter is ripe for adjudication.

A full and careful review of the M&R and other documents of record convinces the court that the recommendation of the magistrate judge is, in all respects, in accordance with the law

and should be approved. Accordingly, the court adopts the recommendation of the magistrate judge as its own. For the reasons stated therein, the removal petition, [DE #4-1] and motion for injunction, [DE #4], are DENIED, and plaintiff's claims against defendants are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

This 25th day of February 2020.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35